Marie Sylvester, Individually and as Surviving Executrix of Margherita Sylvester, Deceased, Appellant, *v.* Walter Bernstein et al., Respondents.

Submitted May 20, 1954; decided July 14, 1954.

*Millard E. Theodore* for appellant.

*William L. Messing* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.